

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00479-CV

The City of Port Isabel, Texas, JJ Zamora, and Martin Cantu
v.
Brownsville Navigation District of Cameron County, Texas

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-00459-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 29, 2022